**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
Email: eneiger@askllp.com

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sizmek, Inc., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |
| Sizmek DSP, Inc., Plaintiff, | |
| v. | |
| Defendants Listed on Exhibit "A", Defendants. | |

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.

1

## AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, hereby certify that on July 9, 2020 a copy of the *Notice of Adjournment* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: July 9, 2020 **ASK LLP**

By: /s/ *Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
Email: eneiger@askllp.com

*Attorneys for Debtors*
*and Debtors in Possession*

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 401 Park Avenue South Associates LLC | 20-01093 |
| Addison Professional Financial Search LLC | 20-01094 |
| Altice USA, Inc. | 20-01176 |
| American Association of Advertising Agencies, Inc. | 20-01095 |
| American Express Company dba AMEX | 20-01096 |
| Amsalem Business Travel, LLC | 20-01097 |
| Aon Consulting, Inc. | 20-01098 |
| Banyan Street/GAP 191 Peachtree Owner, LLC | 20-01100 |
| Baruch Triad, LLC | 20-01101 |
| Beachfront Media LLC | 20-01102 |
| Bidswitch Inc. | 20-01104 |
| Brand Innovators LLC | 20-01105 |
| BRE HH Property Owner LLC dba BRE Hydra Holdco LLC | 20-01106 |
| BRE River North Point Owner LLC | 20-01107 |
| Catchpoint Systems, Inc. | 20-01108 |
| CBRE, Inc. | 20-01109 |
| CDW LLC | 20-01180 |
| Confiant Inc. | 20-01112 |
| CREFII-SCC, LLC | 20-01113 |
| Cuebiq Inc. | 20-01114 |
| Culhane Meadows Haughian & Walsh PLLC | 20-01115 |
| Davis & Partners LLC | 20-01116 |
| Dell Financial Services LLC | 20-01117 |
| Digiday Media LLC dba Digiday | 20-01118 |
| DoubleVerify Inc. | 20-01119 |
| E*TRADE Financial Corporate Services, Inc. | 20-01120 |
| Entech Network Solutions, LLC. | 20-01121 |
| Facebook, Inc. | 20-01124 |
| Filmless, LLC fdba Filmless, Inc. | 20-01125 |
| Forrester Research, Inc. | 20-01126 |
| Foursquare Labs, Inc. dba Placed, Inc. | 20-01127 |
| Friedman Properties, Ltd. | 20-01128 |
| GitHub, Inc. | 20-01130 |
| GrubHub Holdings Inc. | 20-01131 |
| GTT Communications, Inc. fdba Neutral Tandem | 20-01181 |

| | |
|---|---|
| Infinidat, Inc. | 20-01132 |
| Insight Direct USA, Inc. | 20-01133 |
| Integral Ad Science, Inc. fdba Ad Safe | 20-01134 |
| Internap Corporation fdba Internap Networks Services Corporation | 20-01135 |
| Intuit Inc. | 20-01136 |
| Kaiser Permanente Insurance Company | 20-01137 |
| Level 3 Financing, Inc. aka Level | 20-01138 |
| Media.net Advertising FZ-LLC | 20-01139 |
| Moat Inc. | 20-01140 |
| National Project Group Inc. | 20-01141 |
| Native Ads, Inc. | 20-01142 |
| Neustar Information Services, Inc. | 20-01143 |
| Oath Inc. fdba AOL Advertising fka AdTech US Inc. | 20-01144 |
| Oracle America Inc. fdba Datalogix Inc. | 20-01145 |
| Osborne Clarke LLP | 20-01146 |
| Outbrain Inc. | 20-01147 |
| PubMatic, Inc. | 20-01148 |
| PulsePoint, Inc. | 20-01149 |
| QuickBase, Inc. | 20-01151 |
| RhythmOne (US) Holding, Inc. | 20-01152 |
| RingCentral, Inc. | 20-01153 |
| salesforce.com, Inc. | 20-01154 |
| Sansome Holdings, L.P. | 20-01155 |
| Sigma Technology Solutions, Inc. | 20-01156 |
| Slack Technologies, Inc. | 20-01157 |
| Sonobi, Inc. | 20-01158 |
| Sovrn, Inc. fdba Lijit Networks, Inc. | 20-01159 |
| Splash Consulting of Missouri LLC | 20-01160 |
| SpotX, Inc. fka SpotXchange, Inc. | 20-01161 |
| Stonebranch, Inc. | 20-01162 |
| Switch, Ltd. dba Switch | 20-01164 |
| Talent Advantage Group, LLC | 20-01165 |
| Tapad, Inc. | 20-01166 |
| TechSpace Inc. | 20-01167 |
| TEGNA Inc. | 20-01168 |
| Telaria, Inc. fdba Tremor Video, Inc. | 20-01169 |
| Texas EZPAWN, L.P. | 20-01171 |
| The Nielsen Company (US), LLC | 20-01172 |

| | |
|---|---|
| The Nielsen Company (US), LLC dba Exelate, Inc. | 20-01173 |
| The Rubicon Project, Inc. | 20-01174 |
| Twitter, Inc. dba MoPub, Inc. | 20-01175 |
| Zayo Group, LLC | 20-01178 |
| Zoom Video Communications, Inc. | 20-01179 |

| Case Name | Business Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Addison Professional Financial Search LLC | Addison Professional Financial Search LLC | Bob Mallers, Officer | 125 S, Wacker Drive | Suite 2700 | Chicago | Illinois | 60606 |
| American Association of Advertising Agencies, Inc. | American Association of Advertising Agencies, Inc. | Mala Kaplowitz, President | 1065 Avenue of the Americas | 16th Floor | New York | New York | 10018 |
| American Express Company dba AMEX | American Express Company dba AMEX | Stephen J. Squeri, CEO | 200 Vesey Street | | New York | New York | 10281 |
| Amsalem Business Travel, LLC | Amsalem Business Travel, LLC | Officer, Managing or General Agent | 1307 S. Mary Avenue | Suite 203 | Sunnyvale | California | 94087-3071 |
| Aon Consulting, Inc. | Aon Consulting, Inc. | John G. Zern, President | 200 E. Randolph Street | | Chicago | Illinois | 60601 |
| Baruch Triad, LLC | Baruch Triad, LLC | Officer, Managing or General Agent | 551 5th Avenue | Suite 2500 | New York | New York | 10176 |
| Beachfront Media LLC | Beachfront Media LLC | Richard O'Connor, Officer | 400 S. Atlantic Avenue | Suite 101 | Ormond Beach | Florida | 32176 |
| Bidswitch Inc. | Bidswitch Inc. | Officer, Managing or General Agent | 625 Broadway | 10th Floor | New York | New York | 10012-2639 |
| Brand Innovators LLC | Brand Innovators LLC | Brandon Gutman, Co-CEO | 450 North Carmelina Avenue | | Los Angeles | California | 90049 |
| BRE HH Property Owner LLC dba BRE Hydra Holdco LLC | BRE HH Property Owner LLC DBA BRE Hydra Holdco LLC | | Building ID 26394 | P.O. Box 209259 | Austin | Texas | 78720-9259 |
| BRE River North Point Owner LLC | BRE River North Point Owner LLC | Officer, Managing or General Agent | 233 S. Wacker Drive | Suite 4700 | Chicago | Illinois | 60606 |
| Catchpoint Systems, Inc. | Catchpoint Systems, Inc. | Mehdi Daoudi, CEO | 228 Park Avenue South | Suite 28080 | New York | New York | 10003 |
| CBRE, Inc. | CBRE, Inc. | Officer, Managing or General Agent | 400 S. Hope Street | 25th Floor | Los Angeles | California | 90071 |
| CDW LLC | CDW LLC | Christine A. Leahy, CEO | 200 North Milwaukee Avenue | | Vernon Hills | Illinois | 60061 |
| Confiant Inc. | Confiant Inc. | Louis-David Mangin, CEO | 833 Broadway | 2nd Floor | New York | New York | 10003 |
| CREFII-SCC, LLC | CREFII-SCC, LLC | Shlomo Oz, Officer | 50 Washington Street | | Norwalk | Connecticut | 06854 |
| Cuebiq Inc. | Cuebiq Inc. | Antonio Tomarchio, CEO | 15 W. 27th Street | 9th Floor | New York | New York | 10001 |
| Culhane Meadows Haughian & Walsh PLLC | Culhane Meadows Haughian & Walsh PLLC | Heather C. Haughian, Managing Partner | 100 City View | 3300 Cumberland Bo | Atlanta | Georgia | 30339 |
| Davis & Partners LLC | Davis & Partners LLC | Jamison R. Davis, RegAgt/Officer | 196 Old King Hishway North | | Darien | Connecticut | 06820-3622 |
| Digiday Media LLC dba Digiday | Digiday Media LLC dba Digiday | Newton J. Friese, CEO | One Liberty Plaza | 9th Floor | New York | New York | 10006 |
| DoubleVerify Inc. | DoubleVerify Inc. | Wayne Gattinella, CEO | 233 Spring Street | 4th Floor | New York | New York | 10013 |
| E*TRADE Financial Corporate Services, Inc. | E*TRADE Financial Corporate Services, Inc. | Michael A. Pizza, CEO | 3 Edison Drive | | Alpharetta | Georgia | 30005-3912 |
| Entech Network Solutions, LLC. | Entech Network Solutions, LLC. | Valerie C. Haweny, Officer | 3111 N. University Drive | Suite 610 | Coral Springs | Florida | 33065 |
| Facebook, Inc. | Facebook, Inc. | Mark Zuckerberg, CEO | 1601 Willow Road | | Menlo Park | California | 94025 |
| Filmless, LLC fdba Filmless, Inc. | Filmless, LLC fdba Filmless, Inc. | Officer, Managing or General Agent | 2 Embarcadero Center | Floor 8 | San Francisco | California | 94111 |
| Forrester Research, Inc. | Forrester Research, Inc. | George F. Colony, CEO | 60 Acorn Park Drive | | Cambridge | Massachusetts | 02140 |
| Foursquare Labs, Inc. dba Placed, Inc. | Foursquare Labs, Inc. dba Placed, Inc. | David Shim, CEO | 50 W. 23rd Street | 8th Floor | New York | New York | 10010-5272 |
| GitHub, Inc. | GitHub, Inc. | Nat Friedman, CEO | One Microsoft Way | | Redmond | Washington | 98052 |
| GrubHub Holdings Inc. | GrubHub Holdings Inc. | Adam DeWitt, President | 111 W. Washington Street | Suite 2100 | Chicago | Illinois | 60602 |
| GTT Communications, Inc. fdba Neutral Tandem | GTT Communications, Inc. fdba Neutral Tandem | Richard Calder, Jr., President | 7900 Tysons One Place | Suite 1450 | Maclean | Virginia | 22102 |
| Infinidat, Inc. | Infinidat, Inc. | Izhar Sharon, President | 500 Totten Pond Road | | Waltham | Massachusetts | 02451 |
| Insight Direct USA, Inc. | Insight Direct USA, Inc. | Steven Dodenhoff, President | 6820 S. Harl Avenue | | Tempe | Arizona | 85283 |
| Integral Ad Science, Inc. fdba Ad Safe | Integral Ad Science, Inc. fdba Ad Safe | Lisa Utzschneider, CEO | 95 Morton Street | 8th Floor | New York | New York | 10014 |
| Internap Corporation fdba Internap Networks Services Corporation | Internap Corporation fdba Internap Networks Services Corporation | Peter Aquino, CEO | 1 Ravinia Drive | Suite 1300 | Atlanta | Georgia | 30346 |
| Intuit Inc. | Intuit Inc. | Brad Smith, President | 2700 Coast Avenue | | Mountain View | California | 94043 |
| Kaiser Permanente Insurance Company | Kaiser Permanente Insurance Company | Gregory Adams, CEO | 300 Lakeside Drive | | Oakland | California | 94612 |
| Level 3 Financing, Inc. aka Level | Level 3 Financing, Inc. aka Level | Officer, Managing or General Agent | 1025 Eldorado Boulevard | | Broomfield | Colorado | 80021 |
| Media.net Advertising FZ-LLC | Media.net Advertising FZ-LLC | Vaibhav Arya, CEO | 2701 Aurora Tower | | Dubai Media City, Dubai | | 215028 |
| Moat Inc. | Moat Inc. | Dorian Daley, CEO | 500 Oracle Parkway | | Redwood Shores | California | 94065 |
| National Project Group Inc. | National Project Group Inc. | David Steinbrecher, RegAgt/CEO | 100 Springdale Road | #A3-300 | Cherry Hill | New Jersey | 08003 |
| Native Ads, Inc. | Native Ads, Inc. | Jonathan Malach, Officer | 244 5th Avenue | Ste N-249 | New York | New York | 10001-7604 |
| Neustar Information Services, Inc. | Neustar Information Services, Inc. | Charles E. Cottdiener, President | 21575 Ridgetop Circle | | Sterling | Virginia | 20166 |
| Oath Inc. fdba AOL Advertising fka AdTech US Inc. | Oath Inc. fdba AOL Advertising fka AdTech US Inc. | K. Guru Gowrappan, CEO | 770 Broadway | | New York | New York | 10003 |
| Oracle America Inc. fdba Datalogix Inc. | Oracle America Inc. fdba Datalogix Inc. | Safra Catz, CEO | 500 Oracle Parkway | | Redwood Shores | California | 94065 |
| Osborne Clarke LLP | Osborne Clarke LLP | Officer, Managing or General Agent | 300 Park Avenue | 12th Floor | New. York | New York | 10022 |
| Outbrain Inc. | Outbrain Inc. | Yaron. Galai, CEO | 39 West 13th Street | 3rd Floor | New York | New York | 10011 |
| PubMatic, Inc. | PubMatic, Inc. | Rajeev Kumar Goel, RegAgt/Officer | 305 Main Street | Suite 100 | Redwood City | California | 94063 |
| PulsePoint, Inc. | PulsePoint, Inc. | Sloan Gaon, CEO | 360 Madison Avenue | | New. York | New York | 10017 |
| QuickBase, Inc. | QuickBase, Inc. | Marc Teillon, President | 150 CambridgePark Drive | Suite 500 | Cambridge | Massachusetts | 02140 |
| salesforce.com, Inc. | salesforce.com, Inc. | Marc Benioff, CEO | Salesforce Tower | 415 Mision Street, 3r | San Francisco | California | 94105 |
| Sansome Holdings, L.P. | Sansome Holdings, L.P. | Officer, Managing or General Agent | Two Seaport Lane | 15th Floor | Boston | Massachusetts | 02210 |
| Sigma Technology Solutions, Inc. | Sigma Technology Solutions, Inc. | Scott Gruendler, President | 607 E. Sonterra Boulevard | Suite 250 | San Antonio | Texas | 78258 |
| Slack Technologies, Inc. | Slack Technologies, Inc. | Stewart Butterfield, CEO | 500 Howard Street | | San Francisco | California | 94105 |
| Sonobi, Inc. | Sonobi, Inc. | Michael Connolly, RegAgt/President | 444 W. New England Avenue | Suite 215 | Winter Park | Florida | 32789 |
| Sovrn, Inc. fdba Lijit Networks, Inc. | Sovrn, Inc. fdba Lijit Networks, Inc. | Candice Bowen, Officer | 5541 Central Avenue | Suite 100 | Boulder | Colorado | 80301 |
| Splash Consulting of Missouri LLC | Splash Consulting of Missouri LLC | Keith Birkmaier, Owner | 140 Milton Street | | Brooklyn | New York | 11222 |
| SpotX, Inc. fka SpotXchange, Inc. | SpotX, Inc. fka SpotXchange, Inc. | Michael Shehan, CEO | 8181 Artisa Place | Suite 400 | Broomfield | Colorado | 80021 |
| Stonebranch, Inc. | Stonebranch, Inc. | Giuseppe Damiani, CEO | 4550 North Point Parkway | Suite 200 | Alpharetta | Georgia | 30022 |
| Stroeer SSP GmbH | Stroeer SSP GmbH | | St.-Martin-Str. 106 | | Munich, Bayern | | 81669 |
| Switch, Ltd. dba Switch | Switch, Ltd. dba Switch | Rob Roy, CEO | 7135 S. Decatur Boulevard | | Las Vegas | Nevada | 89118 |
| Talent Advantage Group, LLC | Talent Advantage Group, LLC | Tonya White, CEO | 1458 Stony Creek Drive | | Rochester | Michigan | 48307 |
| Tapad, Inc. | Tapad, Inc. | Sigvart Voss Eriksen, CEO | 551 5th Avenue | 9th Floor | New York | New York | 10176 |
| TEGNA Inc. | TEGNA Inc. | David T. Lougee, President | 8350 Broad Street | Suite 2000 | Tysons | Virginia | 22102 |
| Telaria, Inc. fdba Tremor Video, Inc. | Telaria, Inc. fdba Tremor Video, Inc. | Bill Day, CEO | 1501 Broadway | Suite 801 | New York | New York | 10036 |
| Texas EZPAWN, L.P. | Texas EZPAWN, L.P. | Officer, Managing or General Agent | 2500 Bee Cave Road | Building 1, Suite 200 | Rollingwood | Texas | 78746 |
| The Nielsen Company (US), LLC | The Nielsen Company (US), LLC | David Kenny, CEO | 85 Broad Street | | New York | New York | 10004 |

| Company | DBA | Officer | Address | Suite/Floor | City | State | Zip |
|---|---|---|---|---|---|---|---|
| The Nielsen Company (US), LLC dba Exelate, Inc. | The Nielsen Company (US), LLC dba Exelate, Inc. | David Kenny, CEO | 85 Broad Street | | New York | New York | 10004 |
| The Rubicon Project, Inc. | The Rubicon Project, Inc. | Michael Barrett, President | 12181 W. Bluff Creek Drive | 4th Floor | Playa Vista | California | 90094 |
| Twitter, Inc. dba MoPub, Inc. | Twitter, Inc. dba MoPub, Inc. | Jack Dorsey, CEO | 1355 Market Street | Suite 900 | San Francisco | California | 94103 |
| Zayo Group, LLC | Zayo Group, LLC | Officer, Managing or General Agent | 1621 18th Street | Suite 100 | Denver | Colorado | 80202 |
| Zoom Video Communications, Inc. | Zoom Video Communications, Inc. | Eric S. Yuan, RegAgt/CEO | 55 Almaden Boulevard | 6th Floor | San Jose | California | 95113 |